IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**$742,000 In D Tronics'**
**Wells Fargo Account #**
**6936034393; @2.2 Million**
**In D Tronics' JP Morgan**
**Chase Accounts 85808816787**
**And 60336113 Collectively;**
**And, $150,895 in DB Research's**
**JP Morgan Chase Account**
**# 85808841488**

**V.**                                                Civil Action NO. 7:11 MC-00055

**United States of America**

### NOTICE OF DISMISSAL

**COMES NOW** undersigned Counsel, on behalf of Claimants, D Tronics and DB Research, LLP, and files this their Notice of Dismissal of the above-referenced case.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Claimants hereby file this Notice of Dismissal.

**WHEREFORE,** Claimants pray this court accept this Notice of Dismissal on this 2nd day of March, 2012.

Respectfully Submitted,

s/ Ricardo Perez
**RICARDO PEREZ**
Texas Bar No.: 24048723
Federal Bar No.: 559507
ATTORNEY FOR CLAIMANTS

s/ L. David Wolfe
**L. David Wolfe**
Georgia Bar No.: 773325
ATTORNEY FOR CLAIMANTS


s/ Bruce S. Harvey
**Bruce S. Harvey**
Georgia Bar No.: 335175
ATTORNEY FOR CLAIMANTS


**Certificate of Service**

This is to certify that I have this day served a copy of the within and forgoing notice on the following individual by electronic mailing on this 2nd day of March, 2012:

Sue Kempner
United States Attorney's Office
United States Courthouse
Houston, Texas 77002


Respectfully Submitted,


s/ Ricardo Perez
**RICARDO PEREZ**
Texas Bar No.: 24048723
Federal Bar No.: 559507
ATTORNEY FOR CLAIMANTS


s/ L. David Wolfe
**L. David Wolfe**
Georgia Bar No.: 773325
ATTORNEY FOR CLAIMANTS


s/ Bruce S. Harvey
**Bruce S. Harvey**
Georgia Bar No.: 335175
ATTORNEY FOR CLAIMANTS